UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br>vs.<br>Jorge REYNOSO-Montero | Magistrate's Case No. 08 MJ 2274<br>COMPLAINT FOR VIOLATION OF<br>21 U.S.C. 952 and 960<br>Unlawful Importation of a Controlled Substance |

The undersigned complainant being duly sworn states:

## COUNT ONE

That on or about July 26, 2008, within the Southern District of California, defendant Jorge REYNOSO-Montero knowingly and intentionally imported approximately 3.25 kilograms of methamphetamine, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Signature of Complainant
U.S. Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence, this ____ day of _____, 2008.

_____
United States Magistrate Judge

Page 1

United States of America
   VS.
Jorge REYNOSO-Montero

## PROBABLE CAUSE STATEMENT

I, Special Agent Marina Griffin, declare under penalty perjury, the following is true and correct:

On July 26, 2008 at approximately 1250 hours, Jorge REYNOSO-Montero attempted to enter the United States from Mexico through the San Ysidro Port of Entry, San Diego, California. REYNOSO-Montero was the driver and sole occupant of a 1996 GMC Safari van bearing Baja Mexico license plate #BEE1798. CBPO/AT-CET Ronquillo was conducting pre-primary roving operations of vehicles at the San Ysidro, California Port of Entry. Officer Ronquillo contacted a GMC Safari van, maroon in color, driven by Jorge REYNOSO-Montero. Officer Ronquillo approached the vehicle and asked REYNOSO-Montero if he was bringing anything back from Mexico. REYNOSO-Montero said he had nothing to declare and Officer Ronquillo asked if he was the owner of the vehicle. REYNOSO-Montero replied in the affirmative and said he owned the vehicle for over a year. During this time, Officer Ronquillo noted a strong odor of menthol coming from the vehicle. As Officer Ronquillo proceeded to conduct a cursory inspection of the vehicle, he observed that the car was clean on the inside but was told by REYNOSO-Montero that he was going to the Coronado swap meet to return something. Officer Ronquillo proceeded to open the right rear quarter panel of the interior of the van and saw a package wrapped with plastic. At this time, REYNOSO-Montero was placed in handcuffs and removed from the vehicle. The vehicle was then turned over to secondary for

secondary area, a narcotic detector dog alerted to a narcotic odor coming from the rear passenger side quarter panel area of the vehicle. A total of 5 packages containing approximately 3.25 kilograms of methamphetamine were found concealed within the vehicle. A presumptive test of one of the packages revealed a positive reaction to the presence of methamphetamine. REYNOSO-Montero invoked his rights post-Miranda.

REYNOSO-Montero was arrested and charged with violation of Title 21 USC 952, 960, Unlawful Importation of a Controlled Substance, and was booked into the Metropolitan Correction Center, San Diego, CA.

Executed on July 26, 2008 at __9:15 P.M.__

_____
SPECIAL AGENT

On the basis of the facts presented in this probable cause statement consisting of 2 pages, I find probable cause to believe the that the defendant named in this probable cause statement committed the offense on July 26, 2008 in violation of Title 21 USC 952 and 960 Unlawful Importation of a Controlled Substance.

_____          __7/27/08 - 12:17 PM__
United States Magistrate Judge                    Date/Time

secondary area, a narcotic detector dog alerted to a narcotic odor coming from the rear passenger side quarter panel area of the vehicle. A total of 5 packages containing approximately 3.25 kilograms of methamphetamine were found concealed within the vehicle. A presumptive test of one of the packages revealed a positive reaction to the presence of methamphetamine. REYNOSO-Montero invoked his rights post-Miranda.

REYNOSO-Montero was arrested and charged with violation of Title 21 USC 952, 960, Unlawful Importation of a Controlled Substance, and was booked into the Metropolitan Correction Center, San Diego, CA.

Executed on July 26, 2008 at ___9:15 P.M.___

_____
SPECIAL AGENT

On the basis of the facts presented in this probable cause statement consisting of 2 pages, I find probable cause to believe the that the defendant named in this probable cause statement committed the offense on July 26, 2008 in violation of Title 21 USC 952 and 960 Unlawful Importation of a Controlled Substance.

_____        7/27/08 - 12:17 PM
United States Magistrate Judge                Date/Time

secondary area, a narcotic detector dog alerted to a narcotic odor coming from the rear passenger side quarter panel area of the vehicle. A total of 5 packages containing approximately 3.25 kilograms of methamphetamine were found concealed within the vehicle. A presumptive test of one of the packages revealed a positive reaction to the presence of methamphetamine. REYNOSO-Montero invoked his rights post-Miranda.

REYNOSO-Montero was arrested and charged with violation of Title 21 USC 952, 960, Unlawful Importation of a Controlled Substance, and was booked into the Metropolitan Correction Center, San Diego, CA.

Executed on July 26, 2008 at ___9:15 P.M.___

_____
SPECIAL AGENT

On the basis of the facts presented in this probable cause statement consisting of 2 pages, I find probable cause to believe the that the defendant named in this probable cause statement committed the offense on July 26, 2008 in violation of Title 21 USC 952 and 960 Unlawful Importation of a Controlled Substance.

_____        _____
United States Magistrate Judge                     Date/Time