1  **MICHELLE BETANCOURT**
   California State Bar No. 215035
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467 Ext. 3737
4  Facsimile:  (619) 687-2666
   michelle_betancourt@fd.org
5
6  Attorneys for Mr. Reynoso-Montero

7

8                    UNITED STATES DISTRICT COURT

9                  FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )   Case No. 08mj2271
                                  )
12              Plaintiff,        )
                                  )
13 v.                             )
                                  )   **NOTICE OF APPEARANCE**
14 **JORGE REYNOSO-MONTERO,**     )
                                  )
15              Defendant.        )
                                  )
16
17         Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18 Michelle Betancourt, Federal Defenders of San Diego, Inc., files this Notice of Appearance attorney of record
   in the above-captioned case.
19
                                        Respectfully submitted,
20
   Dated: July 30, 2008                  s/ *Michelle Betancourt*
21                                       **MICHELLE BETANCOURT**
                                         Federal Defenders of San Diego, Inc.
22                                       Attorneys for Defendant
                                         michelle_betancourt@fd.org
23
24
25
26
27
28

**MICHELLE BETANCOURT**
California State Bar No. 215035
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
Facsimile: (619) 687-2666
michelle_betancourt@fd.org

Attorneys for Mr. Reynoso-Montero

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08mj2271 |
| Plaintiff, ) | |
| v. ) | PROOF OF SERVICE |
| **JORGE REYNOSO-MONTERO**, ) | |
| Defendant. ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

    Assistant United States Attorney
    efile.dkt.gc1@usdoj.gov,

Dated: July 30, 2008
                                                       *s/ Michelle Betancourt*
                                                       MICHELLE BETANCOURT
                                                       Federal Defenders
                                                       225 Broadway, Suite 900
                                                       San Diego, CA 92101-5030
                                                       (619) 234-8467 (tel)
                                                       (619) 687-2666 (fax)
                                                       e-mail: michelle_betancourt@fd.org