1  DAVID BAKER ATTORNEY AT LAW
   RUDOLPH, BAKER & ASSOCIATES
2  419 19TH St. San Diego Ca.
   92102
3

4  Attorney for **REYNOSO-MONTERO**

FILED
JUL 31 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HON. JAN M. ADLER)

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 08-MJ-02271 |
| Plaintiff, | SUBSTITUTION OF ATTORNEY |
| vs. JORGE REYNOSO-MONTERO | |
| Defendant. | |

PLEASE TAKE NOTICE that the above-named defendant hereby substitutes DAVID BAKER as attorney of record in the above-captioned matter in lieu of MICHELLE BETENCOURT.

Dated: 7/31/08

_____
JORGE REYNOSO

AGREED TO:

Dated: 7/31/08

_____
DAVID BAKER

Dated: 7/31/08

_____
MICHELLE BETANCOURT

Page 1

1  DAVID BAKER 153445
   Attorney at Law
2  419 19TH STREET
   San Diego, California 92101
3  Telephone: (619) 743-0121
   Fax: (619) 238-0144
4

5  Attorney for: REYNOSO-MONTERO

6

7                    UNITED STATES DISTRICT COURT

8                   SOUTHERN DISTRICT OF CALIFORNIA

9                         (HON. JAN M. ADLER)
                                          )  NO. 08-MJ-02271
10 UNITED STATES OF AMERICA,              )
                                          )  ORDER FOR SUBSTITUTION OF
11      Plaintiff,                        )  ATTORNEY
                                          )
12      vs.                               )
                                          )
13 JORGE REYNOSO-MONTERO                  )
                                          )
14      Defendant.                        )

15

16 IT IS HEREBY ORDERED that David Baker by substituted as attorney of record in place of Michelle
   Betancourt for Defendant Jorge Reynoso-Montero
17

18

19

20
   IT IS SO ORDERED:
21
                              HON. JAN M. ADLER
22                            MAGISTRATE JUDGE

23

24

25

26

27

28

                                    Page 1