```
                                            FILED

                                       08 AUG 27 PM 3:27

                                    CLERK, U.S. DISTRICT COURT
                                    SOUTHERN DISTRICT OF CALIFORNIA

                                    BY:              DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. '08 CR 2878 JLS |
| Plaintiff, ) | <u>I N D I C T M E N T</u> |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Methamphetamine with Intent to Distribute |
| JORGE REYNOSO-MONTERO, ) | |
| Defendant. ) | |

The grand jury charges:

<u>Count 1</u>

On or about July 26, 2008, within the Southern District of California, defendant JORGE REYNOSO-MONTERO did knowingly and intentionally import 500 grams and more of a mixture and substance containing a detectable amount, to wit: approximately 3.25 kilograms (7.15 pounds) of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//

JPME:LAST:fer:San Diego
8/25/08

<u>Count 2</u>

On or about July 26, 2008, within the Southern District of California, defendant JORGE REYNOSO-MONTERO did knowingly and intentionally possess, with intent to distribute, 500 grams and more of a mixture and substance containing a detectable amount, to wit: approximately 3.25 kilograms (7.15 pounds) of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: August 27, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
    JAMES P. MELENDRES
    Assistant U.S. Attorney